IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARYLAND DEPARTMENT OF STATE POLICE,<br><br>        Defendant. | Civil Action No.: 24-cv-2862 |

**JOINT MOTION FOR PROVISIONAL APPROVAL AND ENTRY OF CONSENT DECREE**

Plaintiff United States of America, together with Defendant Maryland Department of State Police, respectfully move the Court to provisionally approve and enter the attached Consent Decree resolving this litigation; to schedule a Fairness Hearing on the Terms of the Consent Decree for a date no earlier than 120 days after the Decree is provisionally approved and entered; and to stay all deadlines pending the Court's determination, at or after the Fairness Hearing on the Terms of the Consent Decree, of whether to enter the Decree as a final order. The grounds for this Motion are set forth in the attached memorandum of law.

Date: October 2, 2024

Respectfully submitted by,

| | |
|---|---|
| KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division | EREK L. BARRON<br>United States Attorney<br>District of Maryland |
| KAREN D. WOODARD<br>Chief<br>Employment Litigation Section | SARAH A. MARQUARDT<br>Co-Chief, Civil Rights & Special Victims Section<br>District of Maryland |

HECTOR F. RUIZ, JR.
Deputy Chief
Employment Litigation Section

| | |
|---|---|
| /s/ Emily Given | /s/ Kimberly S. Phillips |
| EMILY GIVEN | KIMBERLY S. PHILLIPS |
| NY Bar No. 5420211 | MD Bar No. 811611 |
| CHEYENNE N. CHAMBERS | Assistant United States Attorney |
| NC Bar No. 48699 | District of Maryland |
| Senior Trial Attorneys | 6500 Cherrywood Lane, Suite 200 |
| Civil Rights Division | Greenbelt, MD 20770 |
| United States Department of Justice | (410) 209-4800 |
| 950 Pennsylvania Avenue, NW | Kimberly.Phillips@usdoj.gov |
| Washington, DC 20530 | |
| (202) 532-5696 | |
| (202) 532-3850 | |
| Emily.Given@usdoj.gov | |
| Cheyenne.Chambers@usdoj.gov | |

*Attorneys for Plaintiff United States of America*


ANTHONY G. BROWN
Attorney General

 /s/ Phillip M. Pickus
PHILLIP M. PICKUS
(Bar No. 22814)
AMY E. HOTT
(Bar No. 27823)
Assistant Attorneys General
Maryland Department of State Police
1201 Reisterstown Road
Pikesville, Maryland 21208
410-653-4437 (tel)
410-653-4270 (fax)
Philip.pickus@maryland.gov
Amy.hott@maryland.gov

*Attorneys for Defendant Maryland Department of State Police*