## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| *Plaintiff*, | * | |
| v. | * | |
| **MARYLAND DEPARTMENT OF STATE POLICE,** | * | Case No.  24-cv-2862 |
| | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE OF COUNSEL

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

Please enter the appearance of Phillip M. Pickus as counsel for Defendant the Maryland Department of State Police.  I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 2, 2024 | /s/ |
| *Date* | Phillip M. Pickus  (Fed. Bar No. 22814) |
| | Assistant Attorney General |
| | Maryland Office of the Attorney General |
| | Maryland Department of State Police |
| | 1201 Reisterstown Road, Bldg. A |
| | Pikesville, Maryland 21208 |
| | (410) 653-4293 (tel.) |
| | (410) 653-4270 (fax) |
| | Phillip.pickus@maryland.gov |