IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARYLAND DEPARTMENT OF STATE POLICE, <br><br> Defendant. | Civil Action No.: 24-cv-2862 |

NOTICE OF APPEARANCE

Please ENTER the appearance of Emily Given as lead counsel for Plaintiff United States of America in the instant action.

Respectfully submitted,

*/s/ Emily Given*
EMILY GIVEN
NY Bar No. 5420211
Senior Trial Attorney
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 532-5696
Emily.Given@usdoj.gov

*Attorney for Plaintiff United States of America*