# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARYLAND DEPARTMENT OF STATE POLICE, <br><br> Defendant. | Civil Action No. 1:24-cv-02862 |

## NOTICE OF APPEARANCE

The undersigned, Senior Trial Attorney in the Employment Litigation Section, Civil Rights Division of the United States Department of Justice, respectfully enters her appearance as counsel of record for Plaintiff in the above-captioned matter.

Date: October 8, 2024

                                                 Respectfully submitted,

                                               */s/ Cheyenne N. Chambers*
                                               CHEYENNE N. CHAMBERS
                                               (NC Bar No. 48699)
                                               United States Department of Justice
                                               Civil Rights Division
                                               Employment Litigation Section
                                               950 Pennsylvania Avenue, N.W.
                                               Washington, D.C. 20530
                                               Telephone: (202) 532-3850
                                               Email: cheyenne.chambers@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.


Date:  October 8, 2024                                                 <u>/s/Cheyenne N. Chambers</u>