# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>United States District Judge<br>Northern Division | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel:  410-962-3190<br>Fax: 410-962-3177 |

October 29, 2024

### LETTER ORDER

TO: COUNSEL OF RECORD

    RE:   *United States of America v. Maryland Department of State Police*
            Civil No. RDB-24-2862

Dear Counsel:

This will confirm that a telephonic Hearing has been scheduled as follows:

    **Telephonic Hearing**                        November 8, 2024 at 11:00 a.m.

Dial-in information has been distributed to the parties via email.

    Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                                                Sincerely,

                                                    /s/

                                                    Richard D. Bennett
                                                    United States District Judge