IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND DEPARTMENT OF STATE POLICE,<br><br>Defendant. | Civil Action No.: 24-cv-2862 |

## ORDER

Upon consideration of the Joint Motion for Provisional Approval and Entry of Consent Decree filed by Plaintiff United States of America and Defendant Maryland Department of State Police, and subject to final decision based on any objections, the Court finds that the terms of the proposed Consent Decree are fair, adequate, reasonable, and are not illegal, a product of collusion, or against the public interest. Therefore, it is hereby:

ORDERED that said Motion is GRANTED and the Consent Decree is PROVISIONALLY ENTERED;

FURTHER ORDERED that the Fairness Hearing on the Consent Decree is scheduled to be held on **MARCH 10**, 2025 at **11:00 AM**; AND

FURTHER ORDERED that all case management deadlines are stayed pending the Court's determination, at or after the Fairness Hearing on the Consent Decree, whether to enter the Consent Decree as a Final Order.

Date: **NOVEMBER 8, 2024**

_____
District Judge