**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No.: 1:24-cv-2862 |
| v. | |
| MARYLAND DEPARTMENT OF STATE POLICE, | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of the United States' Consent Motion for Continuance of the Fairness Hearing on the Terms of the Consent Decree and Related Deadlines, the Court finds that there is good cause to modify the schedule for this case. Therefore, it is hereby ORDERED that said Motion is GRANTED;

FURTHER ORDERED that the Fairness Hearing on the Terms of the Consent Decree, originally scheduled for March 10, 2025, is now scheduled for _____ [June 9, 2025 or later];

FURTHER ORDERED that the Parties' deadline for filing objections to the terms of the consent decree and responses to those objections, originally scheduled for February 28, 2025, is now scheduled for _____ [ten days before the date for the Fairness Hearing on the Terms of the Consent Decree, so May 29, 2025 or later];

FURTHER ORDERED that notice of the above change in schedule will promptly be provided to potentially affected individuals as follows: (1) Plaintiff United States will notify all potential claimants (as defined at ECF No. 2-2 at ¶ 19) and all individuals who submitted

1

objections to the terms of the Consent Decree; (2) Defendant Maryland Department of State

Police ("MDSP") will notify all incumbent MDSP troopers; and (3) the Parties will notify the

public at large through the settlement website they established through a claims administrator to

provide information about the settlement (www.MDSPsettlement.com), and through MDSP's

website and all social media accounts that are regularly used by the MDSP; and

FURTHER ORDERED that the deadlines and obligations regarding the development of

MDSP's New Selection Devices, described in Section V.D. of the Consent Decree, are

unaffected by the instant Order.

Date: _____          _____
                                        THE HONORABLE RICHARD D. BENNETT
                                        District Court Judge
                                        United States District Court for the District of Maryland